JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00332-CJC-ADS | Date | 4/21/2021 |
| Title | GEORGE AVALOS V. GOTHARD BUSINESS CENTER ASSOCIATES II, LLC ET AL | | |

Present: The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [13], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

  _ : _
Initials of Deputy Clerk: cw